# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**UNITED STATES OF AMERICA**                                                   **PLAINTIFF**

**v.**                         **CASE NO. 2:20-CR-00107-BSM**

**DALTON MORROW**                                                           **DEFENDANT**

## ORDER

The government's motion to dismiss the information [Doc. No. 4] filed against defendant Dalton Morrow is granted. Pursuant to Federal Rule of Criminal Procedure 48(a), the information against Morrow is dismissed without prejudice.

IT IS SO ORDERED, this 28th day of December, 2020.

                                                           _____
                                                           UNITED STATES DISTRICT JUDGE