# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**UNITED STATES OF AMERICA**                                                                              **PLAINTIFF**

**v.**                           **CASE NO. 2:20-CR-00107-BSM**

**DALTON MORROW**                                                                          **DEFENDANT**

## **JUDGMENT**

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED, this 28th day of December, 2020.

                                                                   _____
                                                                   UNITED STATES DISTRICT JUDGE